# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Omar Shawn Shaheed
Plaintiff

vs.

Case No. 2:23-cv-808

Onika Tanya maraj petty
Isis Naija Gaston
Defendant(s)



MAY 12 2023

CLERK U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT

I. The plaintiff is a resident of Braddock, Allegheny County, Pennsylvania and a citizen of the United States.

II. The defendant, Onika Tanya maraj petty, is a resident of and a citizen of the United States.

III. The defendant, Isis Naija Gaston, is a resident of and a citizen of the United States.

## JURISDICTION

IV. This court has jurisdiction over this matter pursuant to civil_jurisdiction .

## FACTS

V. The both of them infringed on my track car wash by stating keep it a stack on their track princess diana

## RELIEF

VI. Reward me with song writing credits for the compositions that I originally wrote that they made a derivative from and pay me for damages 100 percent

VII. Damages: For willful infringement and I want all publishing money earned from song

## ADDITIONAL INFO