IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR SHAWN SHAHEED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-808 |
| | ) |
| ONIKA TANYA MARAJ PETTY and | ) |
| ISIS NAIJA GASTON, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 25th day of May, 2023, the Court having dismissed Plaintiff's Amended Complaint with prejudice by separate Memorandum Order on this date (*see* Docket No. 7),

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc: Omar Shawn Shaheed (via U.S. mail)
620 Sixth Street, Apt. 1003
Braddock, PA 15104